In re **Scott W. Townsend,**
**Deborah L. Townsend**,
Debtors

Case No. **09-47534**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | C | 2,000.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wife's personal checking account with Chase Bank** _____ **Checking account with Chase Bank (KW Real Estate Sales)** _____ **Husband's personal checking account with Chase Bank** _____ **Personal checking account with Key Bank** _____ | C C C C | 113.59 62.35 68.50 3,656.29 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Peninsula Light membership fee** | C | 100.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | C | 4,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books and pictures** | C | 2,000.00 |
| 6. | Wearing apparel. | | **Clothing** | C | 750.00 |
| 7. | Furs and jewelry. | | **Jewelry** | C | 2,000.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Sporting goods** | C | 1,000.00 |

Sub-Total > **15,750.73**
(Total of this page)

__7__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Scott W. Townsend,** Case No. **09-47534**
**Deborah L. Townsend**
, Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Husband's Roth IRA through American Pension Services** _____ | **C** | **9,812.00** |
| | | **Husband's IRA through American Pension Services** _____ | **C** | **136,803.83** |
| | | **Wife's Roth IRA through American Pension Services** _____ | **C** | **25,499.27** |
| | | **Wife's SEP Plan through American Pension Services** _____ | **C** | **299,102.15** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total > **471,217.25**
(Total of this page)

Sheet __1__ of __7__ continuation sheets attached
to the Schedule of Personal Property

In re **Scott W. Townsend,**
    **Deborah L. Townsend**
                                                  Debtors

Case No. **09-47534**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Toyota Camry<br>Kelley Blue Book Trade in Value<br>_____ | C | 14,000.00 |
| | | 2003 Sears Riding Lawn Mower<br>_____ | C | 600.00 |
| | | | Sub-Total ><br>(Total of this page) | 14,600.00 |

Sheet **2** of **7** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Scott W. Townsend,**  
 **Deborah L. Townsend**  
_____,  
Debtors

Case No. **09-47534**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment** | **C** | **300.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **The Debtors have 100% interest in business known as Highlander Group I, LLC. The business owns real property located at 122 18th Street East, Puyallup, WA. The property is tax assessed at approximately $350,000 and has First and Second position Deeds of Trust which total approximately $690,000. Foreclosure proceedings are pending. The business also has a checking account with Chase Bank with an approximate balance of $20.00.** _____ | **C** | **Unknown** |
| | | **The Debtors, through their business, Bay Street Developments, LLC, have 60% interest in busine sknow as Soundview Equities, LLC. The business has a checking account with Chase Bank with an approximate balance of $1.38 and real property located at 6319 Soundview Drive, Gig Harbor, WA. The property is tax assessed at $354,000 and there are First and Second position Deeds of Trust recorded against the property which total approximately $497,000. The property is co owned by NW Equities, LLC (Mary Goodfellow) 40%. Foreclosure proceedings are pending.** _____ | **C** | **Unknown** |
| | | | Sub-Total > (Total of this page) | **300.00** |

Sheet **3** of **7** continuation sheets attached  
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Scott W. Townsend,**
      **Deborah L. Townsend**
                                                                                                        Case No. **09-47534**
                                                        Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | The Debtors, through their business, Bay Street Developments, LLC, have 37.5% interest in business known as Highlander Group VI, LLC. The business consists of a bank account with Chase Bank with an approximate balance of $131.15 and commercial buildings located at 802-804 Bay Street, Port Orchard, WA. The property is tax assessed for $344,900 with a mortgage lien recorded against the property in the approximate amount of $382,500. The property is co-owned by Branham Group, LLC (Chris Rasmussen) 25%; Harbor Stone Properties, LLC (Don Dahl) 37.5%; and Bay Street Developments, LLC (Scott & Deborah Townsend) 37.5%. The Debtors do not believe the property has any equity at this time. | C | Unknown |
| | | The Debtors, through their business, Highlander Group VIII, LLC, (now Bay Street Developments, LLC) had 50% ownership interest in business known as 2065 Bay Street, LLC. The business has a checking account with Chase Bank with a $0 balance and owns real property located at 2065 Bay Street, Port Orchard, WA. The current tax assessed value is $500,000 and there are mortgage liens of approximately $1,166.500 recorded against the property. The property is also co-owned by Harbor Stone Lands, LLC (Don Dahl) 50% and Highlander Group VIII, LLC (Scott & Deborah Townsend) 50%. Foreclosure proceedings are pending. | C | Unknown |

                                                                                                        Sub-Total >         **0.00**
                                                                                                        (Total of this page)

Sheet **4** of **7** continuation sheets attached
to the Schedule of Personal Property

In re **Scott W. Townsend,** Case No. **09-47534**
**Deborah L. Townsend**
,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | The Debtors have 100% interest in business known as Duron & Daughter Investments, LLC. The business owns 3 vacant lots located at Summit Avenue in Bremerton, WA. The lots are currently listed for $30,000 each and have mortgage loans in the approximate amount of $128,750 recorded against the property. Summit Avenue, LLC (Michael & Rowena Machuca) has 50% interest in the property. The business also has a checking account with Chase Bank with an approximate balance of $37.43. The Debtors have recently discovered that real property located at 4820 State Hwy 3 in Bremerton, WA has not yet been foreclosed upon (property was scheduled to go to aution on January 23, 2009) The Debtors believe the property would market for approximately $270,000 and they owe approximately $259.181.28. Debtors do not believe that business has any equity.<br><br>_____ | C | 0.00 |
| | | The Debtors have 100% interest in business known as All Star Financial Northwest Division. The business has a checking account with Chase Bank with an approximate balance of $10.91.<br><br>_____ | C | 10.91 |
| | | The Debtors have 100% interest in business known as Fortress Funding & Financial. The business has a checking account with Wells Fargo Bank with an approximate balance of $71.36.<br><br>_____ | C | 71.36 |
| | | The Debtors, through their business, Fortress Funding & Financial, have 51% interest in business known as FTK, LLC. The business has a checking account with Chase Bank with an approximate balance of $180.81, an earnest money checking account with Chase Bank with an approximate balance of $95.00 and a property management checking account with Chase Bank with an approximate balance of $100.00.<br><br>_____<br>_____ | C | 191.66 |

Sub-Total > **273.93**
(Total of this page)

Sheet **5** of **7** continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　　　　　　　Best Case Bankruptcy

In re **Scott W. Townsend,**
**Deborah L. Townsend**
_____,
Debtors

Case No. **09-47534**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **The Debtors have 100% interest in business known as Highlander Group II. The business has a checking account with a $0 balance.** | C | 0.00 |
| | | **The Debtors have 100% interest in Highlander Group III, LLC dba HG Management. The business has a property management checking account with Chase Bank with an approximate balance of $101.71, a checking account with Key Bank with a balance of $2,150 and a security trust account for tenant deposits with Key Bank with a balance of $2,500.** | C | 4,751.71 |
| | | **The Debtors have 100% interest in business known as Highlander Group, V. The business has a checking account with Chase Bank with a balance of $20.00.** | C | 20.00 |
| | | **The Debtors, thorugh their businesses, Shared Equity Partners, LLC and FTK, LLC have 100% interest in business known as Investors Capital Funding, LLC. The business has a checking account with Key Bank with a $0 balance.** | C | 0.00 |
| | | **The Debtors, through their businesses, Investors Capital Funding, LLC and FTK, LLC, have 100% interset in business known as Shared Equity Partners, LLC. The business has a checking account with Key Bank with a $0 balance.** | C | 0.00 |
| | | **The Debtors have 100% interest in business known as ST Equities, LLC. The business has a checking account with Key Bank a $0 balance** | C | 0.00 |
| | | **The Debtors have 100% interest in business known as Highalnder Group IV, LLC. The business has a checking account with Chase Bank with an approximate balance of $8.82.** | C | 8.82 |

Sub-Total > **4,780.53**
(Total of this page)

Sheet __6__ of __7__ continuation sheets attached
to the Schedule of Personal Property

In re **Scott W. Townsend,** Case No. **09-47534**
**Deborah L. Townsend**
,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **The Debtors have 100% interest in business known as FFR 1, LLC. The business does not have any assets.** | C | 0.00 |
| | | **The Debtors have 50% interest in business known as Cash Revenue Resources, Inc. The business does not have any assets.** | C | 0.00 |
| | | **The Debtors tax returns are being amended for years 2003 through 2008. They expect to receive a refund in the approximate amount of $8,000.** | C | 8,000.00 |
| | | **Potential claims against family members, Andrew Holwerda, Jim & Diane Holwerda, Burt & Gini Townsend, Louise Townsend and Greg and Linda Lee for defamation of character, intentional interference with business relationship and loss of business opportunity.** | C | Unknown |
| | | **Potential claim against Dan Dickerson and David & Jackie Wright for potential improper diversion of investment funds. Debtors invested $110,000 in Brighton Beach, Oregon project. The Debtors have demanded an accounting of the proceeds, however, they have not received anything to date.** | C | Unknown |
| | | **The Debtors, through their business known as Cash Revenue Resources, have a 1/17 interest in business known as Beacon Heights, LLC. The assets of the business include 100 acres of agricultural land at 2095 South Tyler Rd, Boise, ID 83716. The property has an estimated value of $170,000 with investor liens of approximately $1,500,000. The business also has a checking account with a balance of approximately $4,500.41.** | C | 0.00 |

Sub-Total > **8,000.00**
(Total of this page)

Sheet **7** of **7** continuation sheets attached
to the Schedule of Personal Property

Total > **514,922.44**

(Report also on Summary of Schedules)

In re **Scott W. Townsend,**
      **Deborah L. Townsend**
_____,
                                      Debtors

Case No. __**09-47534**__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Carl & Linda Conzatti<br>5018 76th Avenue Ct W<br>University Place, WA 98467 | | C | **Business debt - Duron & Daughter**<br>**The Debtors have 100% interest in business known as Duron & Daughter Investments, LLC. The business owns 3 vacant lots located at Summit Avenue in Bremerton, WA. The lots are currently listed for $30,000 each and have mortgage loans in the** | | | | | |
| | | | Value $ **0.00** | | | | **128,750.00** | **128,750.00** |
| Account No.<br><br>Charles & Marilee Yehl<br>13513 McCutcheon Rd E<br>Orting, WA 98360 | | C | **2006**<br>**The Debtors have 100% interest in business known as Highlander Group I, LLC. The business owns real property located at 122 18th Street East, Puyallup, WA. The property is tax assessed at approximately $350,000 and has First and Second po** | | | | | |
| | | | Value $ **Unknown** | | | | **561,901.68** | **Unknown** |
| Account No.<br><br>Douglas J. Kaukl<br>Attorney at Law<br>14705 Meridian East<br>Puyallup, WA 98375 | | | **Representing:**<br>**Charles & Marilee Yehl** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **xxxxxx4496**<br><br>First Horizon<br>4000 Horizon Way<br>Irving, TX 75063 | | C | **Second mortgage**<br>**Residence located at**<br>**1221 14th Avenue**<br>**Fox Island, WA 98333**<br>**2010 Pierce County Tax Assessed Value $681,700**<br>**Cyberhomes.com Value $351,549**<br>**Zillow.com Value $993,500** | | | | | |
| | | | Value $ **500,000.00** | | | | **199,997.00** | **199,997.00** |
| __**3**__ continuation sheets attached | | | | | Subtotal (Total of this page) | | **890,648.68** | **328,747.00** |

In re **Scott W. Townsend,**
**Deborah L. Townsend**
_____,
Debtors

Case No. **09-47534**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3993** **First Horizon** **4000 Horizon Way** **Irving, TX 75063** | | C | **First mortgage** **Residence located at 1221 14th Avenue Fox Island, WA 98333 2010 Pierce County Tax Assessed Value $681,700 Cyberhomes.com Value $351,549 Zillow.com Value $993,500** Value $ **500,000.00** | | | | **650,000.00** | **150,000.00** |
| Account No. **Quality Loan Service Corp** **2141 5th Avenue** **San Diego, CA 92101** | | | **Representing:** **First Horizon** Value $ | | | | **Notice Only** | |
| Account No. **Keiko Kobayashi** **304 Farragut Avenue North** **Port Orchard, WA 98366** | | C | **Business debt - Bay Street, LLC** **The Debtors, through their business, Highlander Group VIII, LLC, (now Bay Street Developments, LLC) had 50% ownership interest in business known as 2065 Bay Street, LLC. The business has a checking account with Chase Bank with a $0 balance** Value $ **Unknown** | | | | **300,000.00** | **Unknown** |
| Account No. **Kitsap County Assessor** **PO Box 299** **Bremerton, WA 98337** | | C | **Notice only** Value $ **0.00** | | | | **0.00** | **0.00** |
| Account No. **Mary Elizabeth Hill** **PO Box 952** **Wauna, WA 98395** | | C | **Business debt - Soundview Equities, LLC** **The Debtors, through their business, Bay Street Developments, LLC, have 60% interest in busines sknow as Soundview Equities, LLC. The business has a checking account with Chase Bank with an approximate balance of** Value $ **Unknown** | | | | **613,430.00** | **Unknown** |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)
**1,563,430.00**   **150,000.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Scott W. Townsend,**   Case No. **09-47534**
**Deborah L. Townsend**
_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ssuan Caulkins**<br>**Davies Pearson PC**<br>**PO Box 1657**<br>**Tacoma, WA 98401** | | | **Representing:**<br>**Mary Elizabeth Hill**<br><br>Value $ | | | | **Notice Only** | |
| Account No.<br><br>**Paradigm Senior Living Inc**<br>**800 NW 6th Avenue Ste 326**<br>**Portland, OR 97209-3715** | C | | **Business debt - Soundview Equities** The Debtors, through their business, Bay Street Developments, LLC, have 60% interest in busines sknow as Soundview Equities, LLC. The business has a checking account with Chase Bank with an approximate balance of $1.38 and real property lo<br>Value $ **Unknown** | | | | **3,250.00** | **Unknown** |
| Account No.<br><br>**Pierce County Budget & Finance**<br>**PO Box 11621**<br>**Tacoma, WA 98411-6621** | C | | **Property taxes - Notice only**<br><br><br>Value $ **0.00** | | | | **0.00** | **0.00** |
| Account No.<br><br>**Port Orchard Building Assoc**<br>**111 129th Avenue NE**<br>**Bellevue, WA 98005** | C | | **Business debt - Highlander Group VI** The Debtors, through their business, Bay Street Developments, LLC, have 37.5% interest in business known as Highlander Group VI, LLC. The business consists of a bank account with Chase Bank with an approximate balance of $131.15 and commer<br>Value $ **Unknown** | | | | **382,500.00** | **Unknown** |
| Account No.<br><br>**Russ Nielson**<br>**PO Box 1420**<br>**West Jordan, UT 84084** | C | | **Business debt - Cash Revenue Resources** The Debtors, through their business known as Cash Revenue Resources, have a 1/17 interest in business known as Beacon Heights, LLC. The assets of the business include 100 acres of agricultural land at 2095 South Tyler Rd,<br>Value $ **0.00** | | | | **Unknown** | **Unknown** |

Sheet __2__ of __3__ continuation sheets attached to  Subtotal
Schedule of Creditors Holding Secured Claims  (Total of this page)  **385,750.00**   **0.00**

In re **Scott W. Townsend,**
**Deborah L. Townsend**
                                                                       ,
                                       Debtors

Case No. **09-47534**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 01/07 Sound Credit Union PO Box 1595 Tacoma, WA 98401-1595 | | C | Automobile loan 2007 Toyota Camry Kelley Blue Book Trade in Value _____ Value $ 14,000.00 | | | | 20,175.61 | 6,175.61 |
| Account No. Timberland Bank PO Box 697 Hoquiam, WA 98550 | | C | Business debt - Bay Street, LLC The Debtors, through their business, Highlander Group VIII, LLC, (now Bay Street Developments, LLC) had 50% ownership interest in business known as 2065 Bay Street, LLC. The business has a checking account with Chase Bank with a $0 balance Value $ Unknown | | | | 514,939.35 | Unknown |
| Account No. Jon C. Parker Parker Johnson & Parker PO Box 700 Hoquiam, WA 98550 | | | Representing: Timberland Bank Value $ | | | | Notice Only | |
| Account No. Tracy Foster 4475 South Oxford Way Bountiful, UT 84010 | | C | Business debt - Cash Revenue Resources The Debtors, through their business known as Cash Revenue Resources, have a 1/17 interest in business known as Beacon Heights, LLC. The assets of the business include 100 acres of agricultural land at 2095 South Tyler Rd, Value $ 0.00 | | | | Unknown | Unknown |
| Account No. | | | Value $ | | | | | |

Sheet **3** of **3** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) | 535,114.96 | 6,175.61
Total (Report on Summary of Schedules) | 3,374,943.64 | 484,922.61